441 A.2d 450

Rutkowski, Jr. v. Minner et al.

Appeal of Robert Minner.

Argued September 10, 1981. Glenn D. Hains, for appellant; Marvin L. Portney, for John Frank and Henrietta Rutkowski, appellees; William T. MacMinn, for John Frank Rutkowski, Jr., appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

The order of the lower court is hereby affirmed.